ACCEPTED
04-15-00405-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 12:00:00 AM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00405-CV

DAVID GILLESPIE,                          §      IN THE COURT OF APPEALS
      APPELLANT,                      §
                                      §
—VERSUS—                                  §      FOURTH COURT OF APPEALS DISTRICT
                                      §
A.L. HERNDEN AND                          §
FREDERICK R. ZLOTUCHA,                    §
      APPELLEES.                      §      SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/21/2015 1:44:47 PM
KEITH E. HOTTLE
Clerk

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES** Beth Watkins and files this appearance of counsel for Appellees and Conditional Cross-Appellants A.L. Hernden and Frederick R. Zlotucha. I ask that the Court please enter my appearance as lead counsel for Appellee and conditional Cross-Appellant A.L. Hernden and as co-counsel for Appellee and Conditional Cross-Appellant Frederick R. Zlotucha.

Respectfully submitted,

*/s/ Beth Watkins*
Beth Watkins
State Bar No. 24037675
LAW OFFICE OF BETH WATKINS
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666—phone
(210) 225-2300—fax
Beth.Watkins@WatkinsAppeals.com

Counsel for Appellees
and Conditional Cross-Appellants
A.L. Hernden and Frederick R. Zlotucha

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2015, I electronically served, via FileTime, my e-filing service provider, a true and correct copy of the above document on the following counsel of record:

Ms. Kimberly S. Keller
KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas 78006
(830) 981-5000—phone
(888) 293-8580—fax
kim@kellsto.com

Attorney for Appellant
David Gillespie

*/s/ Beth Watkins*
Beth Watkins

Counsel for Appellees
and Conditional Cross-Appellants
A.L. Hernden and Frederick R. Zlotucha